UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| THE LINCOLN NATIONAL LIFE INSURANCE COMPANY, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) No. 1:24-cv-01097-JRS-MJD ) |
| MARILOU FRY, SAMANTHA R. KUCHLER, | ) ) ) |
| Defendants. | ) |

**ORDER ADOPTING REPORT AND RECOMMENDATION**

On December 29, 2025, the Magistrate Judge submitted his Report and Recommendation, (ECF No. 43), regarding Samantha R. Kuchler's failure to comply with an order to appear at an in-person hearing on November 20, 2025, (ECF No. 38), as well as her failure to comply with the Court's Order to Show Cause, (ECF No. 40), which ordered her to appear in person, on December 23, 2025, and show why she should not be sanctioned for her failure to appear on November 20, 2025.  The Order to Show Cause advised Kuchler that if she again failed to appear, the Magistrate Judge would recommend the dismissal of her case for her repeated failures to comply with court orders.

Kuchler failed to appear at the December 23, 2025, hearing as ordered.  (ECF No. 42.)  The Magistrate Judge submitted his Report and Recommendation, (ECF No. 43), recommending that Kuchler's Cross-Claim be dismissed and that judgment be entered in favor of Marilou Fry.

The Parties did not file objections within fourteen days after service of the Report and Recommendation. Fed. R. Civ. P. 72(b). The Court, having considered the Magistrate Judge's Report and Recommendation, hereby **adopts** the Report and Recommendation. Accordingly, Kuchler's Cross-Claim is **dismissed with prejudice**.

The Clerk **is directed** to enter final judgment awarding Marilou Fry the Interpleader Funds on Deposit plus interest and to close this case. The Clerk **is directed to issue payment** in the amount of **$79,206.36 plus any interest accrued made payable to Marilou Fry**. Said funds **shall be sent to** Ms. Fry care of her attorneys:

> **Clark, Quinn, Moses, Scott & Grahn, LLP**
> **320 N. Meridian St., Ste 1100**
> **Indianapolis, IN 46204**

Before funds can be disbursed, however, the Court must be provided with Fry's tax identification information, which can be done by submitting an Internal Revenue Service Form W-9 by email to: finance@insd.uscourts.gov.

   **SO ORDERED.**

Date: 2/3/2026

_____
JAMES R. SWEENEY II, CHIEF JUDGE
United States District Court
Southern District of Indiana

2

Distribution:

Financial Deputy Clerk

SAMANTHA R. KUCHLER
1050 North Sheffield Ave.
Indianapolis, IN 46222
sammykuchler@yahoo.com

All CM/ECF-registered counsel of record via email